**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR21-5184 BHS |
| Plaintiff, | VERDICT FORM |
| v. | |
| TRACY COITEUX, | |
| Defendant. | |

We the Jury find as follows:

## COUNT 1
### CONSPIRACY TO VIOLATE THE CLEAN AIR ACT

As to the offense of Conspiracy, as charged in Count 1, we the jury unanimously find the defendant:

GUILTY ✓_____                    NOT GUILTY_____

## COUNTS 2 - 12
### VIOLATIONS OF THE CLEAN AIR ACT

As to the offenses of Violation of The Clean Air Act, as charged in Counts 2-12, we the jury unanimously find the defendant:

| Count | Date | Verdict |
|---|---|---|
| 2 | 1/31/18 | NOT GUILTY _____ <br> GUILTY ✓ |
| 3 | 5/9/19 | NOT GUILTY _____ <br> GUILTY ✓ |
| 4 | 8/4/18 | NOT GUILTY _____ <br> GUILTY ✓ |
| 5 | 9/26/18 | NOT GUILTY _____ <br> GUILTY ✓ |
| 6 | 2/25/19 | NOT GUILTY _____ <br> GUILTY ✓ |
| 7 | 7/13/19 | NOT GUILTY _____ <br> GUILTY ✓ |
| 8 | 2/25/20 | NOT GUILTY _____ <br> GUILTY ✓ |
| 9 | 5/13/20 | NOT GUILTY _____ <br> GUILTY ✓ |
| 10 | 5/19/20 | NOT GUILTY _____ <br> GUILTY ✓ |
| 11 | 7/9/20 | NOT GUILTY _____ <br> GUILTY ✓ |
| 12 | 11/27/20 | NOT GUILTY _____ <br> GUILTY ✓ |

PRESIDING JUROR

5/23/24

DATED